Patrick L. Deedon, State Bar No.: 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
THE COUNTY OF PLUMAS,
PLUMAS COUNTY SHERIFF'S OFFICE,
GREG HAGWOOD and BJORN JAMES BERG

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS CARL PRINCE and ESTHER PRINCE, husband and wife, | No.  2:20-cv-00862 WBS-EFB |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE COMPLAINT ALLEGATIONS** |
| THE COUNTY OF PLUMAS, a political subdivision of the State of California, PLUMAS COUNTY SHERIFF'S OFFICE, a public entity of the County of Plumas, GREG HAGWOOD, former Plumas County Sheriff, in his individual and official capacities, BJORN JAMES BERG, in his individual and official capacities, DOES I-XV, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PUBLIC ENTITIES I-V, | |
| Defendants. | |
| _____/ | |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

**WHEREAS** Plaintiffs' complaint alleges two incidents with Defendants, *to wit*., on April 28, 2018, and June 14, 2019, as set forth in paragraphs 16 through 63.  The Third, Fourth, Fifth, Sixth, Seventh, and Ninth causes of action (hereinafter "State Law Claims") incorporate all these paragraphs by reference.  However, it was Plaintiffs' intention that the State Law Claims would only apply to the June 14, 2019, incident, as a timely governmental claim was not submitted by Plaintiffs that would permit Plaintiffs to pursue State Law Claims based upon the April 28, 2018, incident.  Additionally, Plaintiffs acknowledge that the State Law Claims do not permit recovery of attorney fees. To the extent the events of April 28, 2018 support a valid Section 1983 claim, Plaintiffs seek to recover attorney's fees for those claims pursuant to 42 USC 1988.

In order to preserve party and judicial resources, avoid a motion, and avoid filing an amended complaint, the parties, enter this stipulation to clarify the complaint as to the State Law Claims and to strike all requests for attorney fees as to the State Law Claims.

**IT IS HEREBY STIPULATED**, by the parties, through their counsel of record as follows:

1. The Third Cause of Action for Assault, the Fourth Cause of Action for Battery, the Fifth Cause of Action for False Arrest/False Imprisonment, the Sixth Cause of Action for Infliction of Emotional Distress, the Seventh Cause of Action for Negligence, and Ninth Cause of Action for Loss of Consortium are not based upon and do not arise out of the April 28, 2018, incident.  There was no timely government claim as to the April 28, 2018, incident.  The State Law Claims apply only to the June 14, 2019, incident as set forth in paragraphs 34-63 of the complaint.

1   2. Paragraphs 91, 98, 106, 114, 122, and 141 shall be stricken as they request recovery of

2   attorney fees in the State Law Claims.  Attorney fees are not recoverable for the State

3   Law Claims.

4

5   **SO STIPULATED,**

6

    Dated:  August 3, 2020                          MAIRE & DEEDON

7

8                                                   */s/ Patrick L. Deedon*_____

9                                                   PATRICK L. DEEDON
                                                    TRACEY A. WERNER
10                                                  Attorneys for Defendants

11

12

    Dated:  July 31, 2020                           ERICKSON, THORPE & SWAINSTON

13

14                                                  */s/ Thomas P. Beko*_____

15                                                  THOMAS P. BEKO
                                                    BRENT L. RYMAN
16                                                  Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

**ORDER**

Based upon the stipulation of the parties, the stipulation is entered as requested.

The Third Cause of Action for Assault, the Fourth Cause of Action for Battery, the Fifth Cause of Action for False Arrest/False Imprisonment, the Sixth Cause of Action for Infliction of Emotional Distress, the Seventh Cause of Action for Negligence, and Ninth Cause of Action for Loss of Consortium are not based upon and do not arise out of the April 28, 2018, incident. There was no timely government claim as to the April 28, 2018, incident.  The State Law Claims apply only to the June 14, 2019, incident as set forth in paragraphs 34-63 of the complaint.

Paragraphs 91, 98, 106, 114, 122, and 141 shall be stricken as they request recovery of attorney fees in the State Law Claims.  Attorney fees are not recoverable for the State Law Claims.

**IT IS SO ORDERED.**

**Dated:  August 3, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

**STIPULATION AND [ORDER RE COMPLAINT ALLEGATIONS**                                                    **PAGE 4**