UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LEWIS CARL PRINCE and ESTHER PRINCE, husband and wife,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE COUNTY OF PLUMAS, a political subdivision of the State of California, PLUMAS COUNTY SHERIFF'S OFFICE, a public entity of the County of Plumas, GREG HAGWOOD, former Plumas County Sheriff, in his individual and official capacities, BJORN JAMES BERG, in his individual and official capacities, DOES I-XV, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PUBLIC ENTITIES I-V,<br><br>        Defendants. | NO.  2:20-cv-00862 WBS EFB |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference

1

scheduled for August 31, 2020, and makes the following findings and orders without needing to consult with the parties any further.

## I.  SERVICE OF PROCESS

All non-fictitious defendants have been served, and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

## II.  JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon federal question jurisdiction, 28 U.S.C. § 1331, because plaintiffs' claims arise under 42 U.S.C. § 1983.  The court has jurisdiction over plaintiffs' state law claims under 28 U.S.C. § 1367.  Venue is undisputed and hereby found to be proper.

## IV.  DISCOVERY

The parties agreed to serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before August 20, 2020.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than January 8, 2021.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil

1   Procedure 26(a)(2) on or before February 16, 2021.

2            All discovery, including depositions for preservation
3   of testimony, is left open, save and except that it shall be so
4   conducted as to be completed by April 2, 2021.  The word
5   "completed" means that all discovery shall have been conducted so
6   that all depositions have been taken and any disputes relevant to
7   discovery shall have been resolved by appropriate order if
8   necessary and, where discovery has been ordered, the order has
9   been obeyed.  All motions to compel discovery must be noticed on
10  the magistrate judge's calendar in accordance with the local
11  rules of this court and so that such motions may be heard (and
12  any resulting orders obeyed) not later than April 2, 2021.

13  V.    MOTION HEARING SCHEDULE

14           All motions, except motions for continuances, temporary
15  restraining orders, or other emergency applications, shall be
16  filed on or before June 3, 2021.  All motions shall be noticed
17  for the next available hearing date.  Counsel are cautioned to
18  refer to the local rules regarding the requirements for noticing
19  and opposing such motions on the court's regularly scheduled law
20  and motion calendar.

21  VI.   FINAL PRETRIAL CONFERENCE

22           The Final Pretrial Conference is set for August 2,
23  2021, at 1:30 p.m. in Courtroom No. 5.  The conference shall be
24  attended by at least one of the attorneys who will conduct the
25  trial for each of the parties and by any unrepresented parties.

26           Counsel for all parties are to be fully prepared for
27  trial at the time of the Pretrial Conference, with no matters
28  remaining to be accomplished except production of witnesses for

3

oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VII. TRIAL SETTING

The jury trial is set for October 5, 2021 at 9:00 a.m. The parties estimate that the trial will last seven days.

VIII.     SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.  All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for

each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX. <u>MODIFICATIONS TO SCHEDULING ORDER</u>

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS SO ORDERED.

Dated: August 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE