Patrick L. Deedon, State Bar No.: 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
THE COUNTY OF PLUMAS,
PLUMAS COUNTY SHERIFF'S OFFICE,
GREG HAGWOOD and BJORN JAMES BERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS CARL PRINCE and ESTHER PRINCE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF PLUMAS, a political subdivision of the State of California, PLUMAS COUNTY SHERIFF'S OFFICE, a public entity of the County of Plumas, GREG HAGWOOD, former Plumas County Sheriff, in his individual and official capacities, BJORN JAMES BERG, in his individual and official capacities, DOES I-XV, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PUBLIC ENTITIES I-V,<br><br>Defendants.<br>_____/ | No. 2:20-cv-00862 WBS-EFB<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 1
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)

The parties, by and through their counsel of record, hereby agree and stipulate to modify the present Status (Pretrial Scheduling) Order (ECF 20) to allow additional time for discovery, dispositive motions, and trial.

WHEREAS this matter involves civil rights claims by Plaintiffs alleging multiple causes of action related to two arrests by Defendants in April 2018 and June 2019. Plaintiffs are pursuing the deputy who made the arrests, the Sheriff, the Plumas County Sheriff's Office, and the County of Plumas on individual liability claims and on *Monel* claims. Defendants deny the allegations.

WHEREAS on January 11, 2021, the Court approved a stipulation by the parties to modify the original Status (Pretrial Scheduling) Order [ECF 17], the pertinent dates of the modified Order [ECF 20] being as follows:

- Expert Disclosure – May 7, 2021;
- Rebuttal Expert Disclosure – June 16, 2021;
- Close of Discovery – August 6, 2021;
- Motion Deadline – October 7, 2021;
- Pre-Trial Conference – December 6, 2021 at 1:30 pm; and
- Trial – February 8, 2022 at 9:00 am.

WHEREAS pursuant to the current scheduling order, the parties timely served initial disclosures and immediately and in good faith engaged in the exchange of written discovery. The original modification was necessary because the parties were unable to complete written discovery due to a myriad of issues, including, but not limited to: COVID limitations, remote working, emergency wildland fire in Plumas County, vacations, and/or holidays. Further, the parties anticipated entering a stipulated protective order for the production and review of sensitive, confidential, and/or private information relevant to the issues presented in this case. Following production of confidential information, the parties anticipated collectively taking

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 2

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)

approximately 12-18 depositions consisting of the parties and key witnesses. The document production and depositions are necessary for proper expert analysis, report preparation, and disclosure.

WHEREAS, since the date of the modified scheduling Order, the parties entered into a stipulation for protective order, which Order was signed by Magistrate Judge Jeremy D. Peterson on January 12, 2021 (ECF 22). Following entry of the protective order, Defendants produced approximately 2,000 additional pages of additional documents. However, there remain additional documents requested by Plaintiffs that Defendants are still in the time-consuming process of gathering.

WHEREAS Plaintiffs contend that they cannot evaluate the need and scope of any experts without receipt of these additional documents, and Defendants need more time to locate and produce said documents, despite their good faith efforts to date, the existing deadline for expert disclosures is not reasonable. Further, once the documents are received, both parties will need additional time to prepare for and take the 12-18 anticipated depositions of the parties and key witnesses, making the existing discovery cutoff date also unworkable.

WHEREAS Defendants anticipate needing another 4-6 weeks to finish locating, gathering, and producing the documents requested by Plaintiff and to provide Plaintiff with the supplemental responses to Interrogatories they requested, the parties hereby request that all discovery deadlines be modified by four months to account for the delay in the production of supplemental discovery responses, to provide adequate time to review and analyze those responses in preparation for depositions, to account for the anticipated delay in scheduling those depositions due to COVID restrictions and precautions, and to provide adequate time to locate

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 3
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)

and retain any necessary experts as well as give those experts time to review and analyze said information for the purpose of preparing any necessary reports.

WHEREAS the parties agree that each have engaged in discovery diligently and in good faith and further agree that good causes exist for additional time to complete written discovery, take depositions, and exchange expert discovery. The parties agree that an additional four months to each deadline is warranted under the circumstances.

WHEREAS, due to the COVID-19 Pandemic, trials in Reno, Nevada (Washoe County), where Plaintiffs' counsel is based, are now all placed onto a four-week stacked calendar, with no trial date being firm. Plaintiffs' counsel appears on every "stack," thus making him potentially unavailable for trial in this case, from January 11, 2022 through April 6, 2022, May 3, 2022 through May 27, 2022, and August 23, 2022 through September 16, 2022.

THEREFORE , the parties propose the following new dates:

- Expert Disclosure – September 7, 2021
- Rebuttal Expert Disclosure – October 15, 2021
- Close of Discovery – December 6, 2021
- Motion Deadline – February 7, 2022
- Pre-Trial Conference – April 11, 2022 at 1:30 pm
- Trial – June 7, 2022 at 9:00 am

Based upon the foregoing, the parties respectfully request modification of the current scheduling order.

IT IS SO STIPULATED.

*[Signatures to follow on next page]*

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 4
**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)**

| | |
|---|---|
| Dated: May 6, 2021 | MAIRE & DEEDON |

*/s/ Patrick L. Deedon*
PATRICK L. DEEDON
TRACEY A. WERNER
Attorney(s) for Defendants

Dated: May 6, 2021

ERICKSON, THORPE & SWAINSTON

*/s/ Thomas P. Beko*
THOMAS P. BEKO
BRENT L. RYMAN
Attorney(s) for Plaintiffs

*[Order to follow on next page]*

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 5
**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)**

## ORDER MODIFYING SCHEDULING ORDER

For good cause appearing and based upon the request of the parties, the Status (Pretrial Scheduling) Order [ECF 20] dates are hereby modified as follows:

- Expert Disclosure – September 7, 2021
- Rebuttal Expert Disclosure – October 15, 2021
- Close of Discovery – December 6, 2021
- Motion Deadline – February 7, 2022
- Pre-Trial Conference – April 11, 2022 at 1:30 pm
- Trial – June 7, 2022 at 9:00 am

IT IS SO ORDERED

Dated: May 7, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 6
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER (ECF 20)