Patrick L. Deedon, State Bar No.: 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
THE COUNTY OF PLUMAS,
PLUMAS COUNTY SHERIFF'S OFFICE,
GREG HAGWOOD and BJORN JAMES BERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS CARL PRINCE and ESTHER PRINCE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF PLUMAS, a political subdivision of the State of California, PLUMAS COUNTY SHERIFF'S OFFICE, a public entity of the County of Plumas, GREG HAGWOOD, former Plumas County Sheriff, in his individual and official capacities, BJORN JAMES BERG, in his individual and official capacities, DOES I-XV, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PUBLIC ENTITIES I-V,<br><br>Defendants.<br>_____/ | No. 2:20-cv-00862 WBS-EFB<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 1
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]

The parties, by and through their counsel of record, hereby agree and stipulate to modify the present Status (Pretrial Scheduling) Order [ECF 24] to allow additional time for discovery, dispositive motions, and trial.

WHEREAS this matter involves civil rights claims by Plaintiffs alleging multiple causes of action related to two arrests by Defendants in April 2018 and June 2019. Plaintiffs are pursuing the deputy who made the arrests, the Sheriff, the Plumas County Sheriff's Office, and the County of Plumas on individual liability claims and on *Monell* claims. Defendants deny the allegations.

WHEREAS on May 10, 2021, the Court approved a stipulation by the parties to modify the Status (Pretrial Scheduling) Order [ECF 23] for the second time, the pertinent dates of the current Order [ECF 24] being as follows:

- Expert Disclosure – September 7, 2021;
- Rebuttal Expert Disclosure – October 15, 2021;
- Close of Discovery – December 6, 2021;
- Motion Deadline – February 7, 2021;
- Pre-Trial Conference – April 11, 2022 at 1:30 pm; and
- Trial – June 7, 2022 at 9:00 am.

WHEREAS pursuant to the current scheduling order, the parties have continued to engage in good faith in the discovery process. The previous modifications to the scheduling order were necessary because the parties were unable to complete written discovery due to a myriad of issues, including, but not limited to: COVID limitations, remote working, emergency wildland fire in Plumas County, vacations, and/or holidays. Further, the parties anticipated entering a stipulated protective order for the production and review of sensitive, confidential, and/or private information relevant to the issues presented in this case. Following production of confidential information, the parties anticipated collectively taking approximately 12-18

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 2

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]

depositions consisting of the parties and key witnesses. The document production and depositions are necessary for proper expert analysis, report preparation, and disclosure.

WHEREAS, the Plaintiffs served the Defendants with written discovery requests which sought records which the Plaintiff contends will pay an integral part of the Plaintiff's case and will be the subject of examination of the parties and witnesses. Thereafter, the parties engaged in a detailed meet and confer conference which resulted in the Defendants' agreement to seek and produce most of the records requested by the Plaintiffs. The parties understand that the Plaintiffs' ability to complete discovery, especially discovery by way of depositions, is dependent upon the receipt of the requested records.

WHEREAS, since the date of the most recent scheduling Order, the Defendants have worked in good faith to gather and produce the requested documents. It is expected that these documents will be necessary prior to taking the depositions of key witnesses. However, due to the volume of documents requested and the burden associated with locating those documents, this has proved to be a time-consuming process.

WHEREAS, Counsel for Defendants has faced unusual scheduling conflicts and challenges associated with his current workload due to serious health concerns of the partners at his law firm. These issues are expected to resolve in the next couple of months with the recent hire of additional associates who are expected to start in the new few weeks. Additionally, the majority of the Defendants named in this lawsuit are government officials still working in emergency services. An early fire season in Plumas County has its resources, including its Sheriffs Office, involved in urgent public safety commitments.

WHEREAS Plaintiffs contend that they cannot evaluate the need and scope of any experts without receipt of these additional documents, and Defendants need more time to locate

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 3

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]

and produce said documents. Despite their good faith efforts to date, the existing deadline for expert disclosures is not reasonable. Further, once the documents are received, both parties will need additional time to prepare for and take the 12-18 anticipated depositions of the parties and key witnesses, making the existing discovery cutoff date also unworkable.

WHEREAS Defendants anticipate needing another 6-8 weeks to finish locating, gathering, and producing the documents requested by Plaintiff and to provide Plaintiff with the supplemental responses to Interrogatories they requested, the parties hereby request that all discovery deadlines be modified by six months to account for the respective calendars of both parties' attorneys, pre-planned vacations and trials set to go forward, the delay in the production of supplemental discovery responses, the need for additional time to review and analyze those responses in preparation for depositions, the anticipated delay in scheduling those depositions due to COVID restrictions and precautions, and to provide adequate time to locate and retain any necessary experts as well as give those experts time to review and analyze said information for the purpose of preparing any necessary reports.

WHEREAS Counsel for Defendants currently only has five dates available for depositions prior to October 2021 and has a pre-planned vacation from October 6, 2021 – November 1, 2021. Counsel for Defendants also has two trials currently set in the month of November 2021. Given Defense Counsel's scheduling conflicts, it is unlikely the parties will be able to complete depositions until early 2022. This updated deposition timeline will move all associated dates for close of discovery, motion deadlines, and trials. Further, Counsel for Defendants has a pre-planned vacation for the month of October 2022 and will be unavailable for a pre-trial conference that month and will need time between his vacation and the date of

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 4

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]

trial. Therefore, Counsel for Defendants would request that trial be moved to December 2022, and the pre-trial conference set either at the end of September 2022 or early November 2022.

WHEREAS, due to the COVID-19 Pandemic, trials in Washoe County, Nevada, where Plaintiffs' counsel is based, are now all placed onto a four-week stacked calendar, with no trial date being firm. Plaintiffs' counsel appears on every "stack," thus making him potentially unavailable for trial in this case, from January 11, 2022, through April 6, 2022, May 3, 2022, through May 27, 2022, and August 23, 2022, through September 16, 2022.

WHEREAS the parties agree that each have engaged in discovery diligently and in good faith and further agree that good causes exist for additional time to complete written discovery, take depositions, and exchange expert discovery. The parties agree that an additional four months to each deadline is warranted under the circumstances.

THEREFORE, the parties propose the following new dates:

- Expert Disclosure – March 7, 2022
- Rebuttal Expert Disclosure – April 15, 2022
- Close of Discovery – June 6, 2022
- Motion Deadline – August 8, 2022
- Pre-Trial Conference – September 27, 2022 at 1:30 pm
- Trial – December 7, 2022 at 9:00 am

Based upon the foregoing, the parties respectfully request modification of the current scheduling order.

IT IS SO STIPULATED.

Dated:  August 5, 2021                                             MAIRE & DEEDON

                                                                   */s/ Patrick L. Deedon*
                                                                   PATRICK L. DEEDON
                                                                   TRACEY A. WERNER
                                                                   Attorney(s) for Defendants

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 5
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 5, 2021 | ERICKSON, THORPE & SWAINSTON |
| 3 | | |
| 4 | | |
| 5 | | */s/ Thomas P. Beko*<br>THOMAS P. BEKO |
| 6 | | BRENT L. RYMAN<br>Attorney(s) for Plaintiffs |
| 7 | | |
| 8 | *[Order to follow on next page]* | |

**Maire & Deedon**
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 6

**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]**

**ORDER MODIFYING SCHEDULING ORDER**

For good cause appearing and based upon the request of the parties, the Status (Pretrial Scheduling) Order [ECF 24] dates are hereby modified as follows:

- Expert Disclosure – March 7, 2022
- Rebuttal Expert Disclosure – April 15, 2022
- Close of Discovery – June 6, 2022
- Motion Deadline **(for filing)** – August 8, 2022
- Pre-Trial Conference – **October 24, 2022 at 1:30 pm**
- Jury Trial – **December 6, 2022 at 9:00 am**

IT IS SO ORDERED

Dated: August 6, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001
(530) 246-6050

PAGE 7
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 24]