Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, California 96001-2813
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
twerner@maire-law.com

Attorney(s) for Defendants,
THE COUNTY OF PLUMAS,
PLUMAS COUNTY SHERIFF'S OFFICE,
GREG HAGWOOD and BJORN JAMES BERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS CARL PRINCE and ESTHER PRINCE, husband and wife,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF PLUMAS, a political subdivision of the State of California, PLUMAS COUNTY SHERIFF'S OFFICE, a public entity of the County of Plumas, GREG HAGWOOD, former Plumas County Sheriff, in his individual and official capacities, BJORN JAMES BERG, in his individual and official capacities, DOES I-XV, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PUBLIC ENTITIES I-V,<br><br>                Defendants.<br>_____/ | No. 2:20-cv-00862 WBS-JDP<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]** |

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 1
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]

The parties, by and through their counsel of record, hereby agree and stipulate to modify the present Status (Pretrial Scheduling) Order [ECF 26] to allow additional time for discovery, dispositive motions, and trial.

WHEREAS, this matter involves civil rights claims by Plaintiffs alleging multiple causes of action related to two arrests by Defendants in April 2018 and June 2019.  Plaintiffs are pursuing the deputy who made the arrests, the Sheriff, the Plumas County Sheriff's Office, and the County of Plumas on individual liability claims and on *Monell* claims.  Defendants deny the allegations.

WHEREAS, on August 6, 2021, the Court approved a stipulation by the parties to modify the Status (Pretrial Scheduling) Order [ECF 25] for the third time, the pertinent dates of the current Order [ECF 26] being as follows:

- Expert Disclosure – March 7, 2022;
- Rebuttal Expert Disclosure – April 15, 2022;
- Close of Discovery – June 6, 2022;
- Motion Deadline (for filing) – August 8, 2022;
- Pre-Trial Conference – October 24, 2022 at 1:30 pm; and
- Trial – December 7, 2022 at 9:00 am.

WHEREAS, pursuant to the current scheduling order, the parties have continued to engage in good faith in the discovery process.  The previous modifications to the scheduling order were necessary because the parties were unable to complete written discovery due to a myriad of issues, including, but not limited to: COVID limitations, remote working, emergency wildland fire in Plumas County, vacations and/or holidays, and workload and/or scheduling difficulties of both counsel.  Further, the parties anticipated entering a stipulated protective order for the production and review of sensitive, confidential, and/or private information relevant to the issues presented in this case.  Following production of confidential information, the parties

**Maire & Deedon**
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

**PAGE 2**
**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]**

anticipated collectively taking approximately 12-18 depositions consisting of the parties and key witnesses. The document production and depositions are necessary for proper expert analysis, report preparation, and disclosure.

WHEREAS, the Plaintiffs served the Defendants with written discovery requests which sought records which the Plaintiff contends will pay an integral part of the Plaintiff's case and will be the subject of examination of the parties and witnesses. Thereafter, the parties engaged in a detailed meet and confer conference which resulted in the Defendants' agreement to seek and produce most of the records requested by the Plaintiffs. The parties understand that the Plaintiffs' ability to complete discovery, especially discovery by way of depositions, is dependent upon the receipt of the requested records.

WHEREAS, since the date of the most recent scheduling Order, the Defendants have worked in good faith to gather and produce the requested documents. It is expected that these documents will be necessary prior to taking the depositions of key witnesses. However, due to the volume of documents requested and the burden associated with locating those documents, this has proved to be a time-consuming process.

WHEREAS, counsel for Defendants has faced unusual scheduling conflicts and challenges associated with his current workload due to his primary associate being out of the office on maternity leave since November 2021. This issue has resolved with the return of said associate as of March 1, 2022, which should help to greatly relieve the burden of Defense Counsel's current workload.

WHEREAS Plaintiff's counsel contends that he cannot evaluate the need and scope of any experts without receipt of these additional documents, and Defendants need more time to locate and produce said documents. Despite their good faith efforts to date, the existing deadline

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 3

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]

for expert disclosures is not reasonable. Further, once the documents are received, both parties will need additional time to prepare for and take the 12-18 anticipated depositions of the parties and key witnesses, making the existing discovery cutoff date also unworkable.

WHEREAS, Defendants anticipate needing another 6-8 weeks to finish locating, gathering, and producing the documents requested by Plaintiff and to provide Plaintiff with the supplemental responses to Interrogatories they requested, counsel for Defendants requested that all discovery deadlines be modified by 60 days, with no anticipated need to reschedule the date currently set for trial or the pre-trial conference.

WHEREAS, if Defendants require another 6-8 weeks to finish locating, gathering, and producing the documents requested by Plaintiff, and to provide Plaintiff with the supplemental responses to Interrogatories they requested, counsel for Plaintiff has requested that all discovery and motion deadlines be modified by 90 days.

WHEREAS, counsel for Defendants has a pre-planned vacation which is scheduled for the entire months of September and October 2022. Should the existing deadlines be postponed for 90 days pursuant to Plaintiff's counsel's request, counsel for Defendants seeks a further extension of any such deadlines which will now fall in the window between September 1, 2022- November 1, 2022.

WHEREAS, as an accommodation to Defendants' counsel, counsel for Plaintiff has agreed not to oppose Defendants' request and in so doing has stipulated to the proposed modification of the existing Order.

WHEREAS, the parties agree that each have engaged in discovery diligently and in good faith and further agree that good causes exist for additional time to complete written discovery, take depositions, and exchange expert discovery. The parties agree that an additional 90 day

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 4

STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]

extension to each deadline, or more where otherwise required, is warranted under the circumstances.

THEREFORE, the parties propose the following new dates:

- Expert Disclosure – June 6, 2022;
- Rebuttal Expert Disclosure – July 15, 2022;
- Close of Discovery – September 1, 2022;
- Motion Deadline (for filing) – November 4, 2022;
- Pre-Trial Conference – November 28, 2022, at 1:30 pm; and
- Trial – December 7, 2022, at 9:00 am.

Based upon the foregoing, the parties respectfully request modification of the current scheduling order.

**IT IS SO STIPULATED**.

Dated: March 1, 2022                                  MAIRE & DEEDON

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Patrick L. Deedon*
　　　　　　　　　　　　　　　　　　　　　　　　　PATRICK L. DEEDON
　　　　　　　　　　　　　　　　　　　　　　　　　TRACEY A. WERNER
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney(s) for Defendants

Dated: March 1, 2022                                  ERICKSON, THORPE & SWAINSTON

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas P. Beko*
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS P. BEKO
　　　　　　　　　　　　　　　　　　　　　　　　　BRENT L. RYMAN
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney(s) for Plaintiffs

[Order on Following Page]
///
///
///
///
///
///
///
///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 5
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]

## ORDER MODIFYING SCHEDULING ORDER

For good cause appearing and based upon the request of the parties, the Status (Pretrial Scheduling) Order [ECF 26] dates are hereby modified as follows:

- Expert Disclosure – June 6, 2022;
- Rebuttal Expert Disclosure – July 15, 2022;
- Close of Discovery – September 1, 2022;
- Motion Deadline (for filing) – November 4, 2022;
- Pre-Trial Conference – **January 17, 2023, at 1:30 pm**; and
- Trial – **March 14, 2023, at 9:00 am.**

IT IS SO ORDERED

Dated:  March 8, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA. 96001-2813
(530) 246-6050

PAGE 6
STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER [ECF 26]